# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2006

129822

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

TAXPAYERS OF MICHIGAN AGAINST
CASINOS and LAURA BAIRD, State
Representative in her official capacity,
         Plaintiffs-Appellees,

v

THE STATE OF MICHIGAN,
         Defendant-Appellee,

and

GAMING ENTERTAINMENT, LLC,
         Intervening Defendant-Appellee,

and

LITTLE TRAVERSE BAY BANDS OF
ODAWA INDIANS,
         Intervening Defendant-Appellant,

and

NORTH AMERICAN SPORTS MANAGEMENT
CO.,
         Intervening Defendant.

SC: 129822
COA: 225017
Ingham CC: 99-090195-CZ

_____/

On order of the Court, the application for leave to appeal the September 22, 2005 judgment of the Court of Appeals is considered, and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2006

_____
Clerk

p0322